Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00690-CV

____________

 

IVAN STEPHAN FISHER, Appellant

 

V.

 

P. M. CLINTON, INDIVIDUALLY AND D/B/A CLINTON
INTERNATIONAL INVESTIGATIONS, Appellees

 



 

On
Appeal from the 334th District Court

Harris
County, Texas

Trial
Court Cause No. 00-63645

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed June 5, 2002.

On August 19, 2002, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P.
47.3(b).